AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*



FILED
John E. Triplett, Acting Clerk
United States District Court
*By casbell at 9:22 am, Jul 07, 2020*

PATRICIA KENNEDY.

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV219-90

NILA INVESTMENTS. LLC..

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 1st day of July 2020, granting Plaintiff's

Motion for Entry of Default, judgment is hereby entered against Defendant, NILA Investments, Inc.

Plaintiff is entitled to recover her attorney's fees, costs, expert fees, and litigation expenses pursuant

to 42 U.S.C. § 12205 in the total amount of $8,825.00. This case stands closed.

Approved by: _____
            HON. LISA GODBEY WOOD, JUDGE
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA

July 6, 2020

Date

John E. Triplett, Acting Clerk

*Clerk*

*Candy Asbell*

*(By) Deputy Clerk*

GAS Rev 10/1/03